HARRIET S. RUMSEY et al., Appellants, *v.* THE NEW YORK AND NEW ENGLAND RAILROAD COMPANY, Respondent.

(Argued October 30, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made February 11, 1889, which affirmed a judgment in favor. of defendant, entered upon a decision of the court on trial without a jury.

This case presented substantially the same questions as, and was decided upon the authority of, *Rumsey* v. *N. Y. & N. E. R. R. Co.* (114 N. Y. 423).

*M. A. Fowler* for appellants.

*Walter C. Anthony* for respondent.

FINCH, J., reads for reversal.
All concur.
Judgment reversed.